UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZA SALAZAR,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHERN QUEST RESORT AND CASINO, *et al*.,<br><br>　　　　　　　　Defendants. | NO: 2:16-CV-384-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE |

　　　　Magistrate Judge John T. Rodgers filed a Report and Recommendation on December 2, 2016, recommending Plaintiff pay the filing fee or complete an Application to Proceed In Forma Pauperis.  It is recommended the file be closed because Plaintiff has not filed any response.  ECF No. 5.  Objections were due on or before December 16, 2016.  There being no objections filed, the Court **adopts** the Report and Recommendation in its entirety.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATIONO AND CLOSING FILE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint filed on October 31, 2016, **ECF No. 1**, is **DISMISSED without prejudice**.

The District Court Clerk is directed to enter this Order and provide copies to Petitioner and counsel for Respondent and **close** the file.

**DATED** this 22nd day of December 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATIONO AND CLOSING FILE ~ 2